

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2019

No. 04-19-00104-CV

**IN RE GUARDIANSHIP OF CHARLES INNESS THRASH, AN INCAPACITATED PERSON,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017PC2912
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                    Rebeca C. Martinez, Justice
                    Liza A. Rodriguez, Justice

Appellants' "Motion to Stay Proceedings in the Trial Court" is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court